Arturo Matthews, Of Counsel

Hyslip & Taylor LLC LPA
917 W. 18th St., Suite 200
Chicago, IL  60608
312-380-6110

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jody Heath, Anita Varner, Tiffany Evans, Pam Schueller and Valerie Cline,<br><br>    Plaintiffs,<br><br>v.<br><br>Midland Funding, LLC and Midland Credit Management, Inc.<br><br>    Defendant. | Case No. 3:14-cv-313<br><br>**DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)** |

## DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)

All Plaintiffs Jody Heath, Anita Varner, Tiffany Evans, Pam Schueller and Valerie Cline hereby dismiss this case with prejudice pursuant to F.R.C.P. 41(a)(1)(A) because the opposing party has not served either an answer or a motion for summary judgment.

RESPECTFULLY SUBMITTED,
Hyslip & Taylor, LLC LPA

By:    /s/ Arturo Matthews
One of Plaintiff's Attorneys

Arturo Matthews, Of Counsel

Hyslip & Taylor LLC LPA
917 W. 18th St., Suite 200
Chicago, IL  60608
312-380-6110